458 A.2d 274

Commonwealth v. Eaton, Appellant.

Submitted May 24, 1982. Michael J. McAllister, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and WIEAND, JJ.

Judgment of sentence affirmed.